Elmer J. Humbert, Administrator of Estate of John Elmer Humbert, Deceased, Appellee, v. Frank O. Lowden et al., Appellants.

Gen. No. 9,810.

opinion filed July 20, 1944; opinion modified and rehearing denied October 3, 1944. Milton V. Thompson, Eaton Adams, Henry Waterman and Carl A. Melin, for appellants; Joseph L. Shaw and Ogden H. Chamberlain, for appellee. PER CURIAM. Not to be published in full.